**In re estate of Herman Steinmeyer, incompetent, on appeal of Herman Steinmeyer, appellant, v. Anna Miller and Jennie De Grazia, appellees.**

Petition to have respondent declared incompetent to manage his affairs. Judgment for petitioners. Appeal from the Circuit Court of

603

Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Affirmed. Opinion filed October 10, 1927.

George C. Geier, for appellant. Deneen, Healy & Lee, for appellees; John J. Healy, of counsel.

Mr. Justice McSurely delivered the opinion of the court.